JAMES KARNAZES, Plaintiff-Appellant, *v.* VOLKSWAGEN OF AMERICA, INC. *et al.*, Defendants-Appellees.

(No. 54563;

First District—April 26, 1971.

Opinion by Mr. JUSTICE LYONS.

Heller & Morris, and Jerome H. Torshen, both of Chicago, for appellant.

Hinshaw, Culbertson, Moelmann, Hoban & Fuller, and Hubbard, Hubbard, O'Brien & Hall, both of Chicago, (Frederick W. Temple, Thomas J. Weithers, and D. Kendall Griffith, of counsel,) for appellees.

LYDIA M. SMITH, Plaintiff-Appellee, *v.* WAYNE C. SMITH, Defendant-Appellant.

(No. 54566;

First District—March 23, 1971.